**Opinion issued June 16, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-26-00596-CV

———————————

## IN RE RONALD B. LOVE, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Ronald B. Love, proceeding pro se, filed a petition for writ of mandamus challenging the trial court's June 1, 2026 "Order After De Novo Affirming Ruling of IV-D Judge and Denying Ronald Bernard Love's Plea to the Jurisdiction."[1] The trial court's order arises out of a suit affecting the parent-child relationship, specifically, relator seeks to challenge the trial court's September 22,

---

[1] The underlying case is *In the Interest of J.Y.M.-L., a Child*, Cause No. 87830-F, in the 300th District Court of Brazoria County, Texas, the Honorable Chad Bradshaw presiding.

2016 Child Support Review Order and a subsequent challenge to that order denied by the trial court on February 10, 2023.[2]

In connection with his petition for writ of mandamus, relator also filed an "Emergency Motion for Temporary Relief to Stay Enforcement Pending Mandamus Review." In the motion, relator requested that the Court stay enforcement of the June 1, 2026 signed order, the April 9, 2026 de novo ruling, and "all income withholding . . . based on the September 22, 2016[] Non-Agreed Child Support Review Order," pending review of the petition for writ of mandamus.

We conclude that relator has failed to establish that he is entitled to mandamus relief, and therefore, the Court denies relator's petition for writ of mandamus. We dismiss any pending motions, including relator's "Emergency Motion for Temporary Relief to Stay Enforcement Pending Mandamus Review," as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Morgan.

---

[2] Relator previously sought appellate review of the trial court's September 22, 2016 child support order in 2023. *See Love v. Office of the Att'y Gen.*, No. 01-23-00709-CV, 2025 WL 1942945, at *1 (Tex. App.—Houston [1st Dist.] July 15, 2025, pet. denied) (mem. op.). Relator filed a bill-of-review proceeding and appealed the trial court's rulings to this Court, which affirmed the trial court's disposition. *See id.*